UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROPICAL EXPRESS INC.,

                Plaintiff,

- against -

NEW DIRECTION SERVICES INC., et al.,

                Defendants.

**ORDER**

17 Civ. 6050 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that Plaintiff must file a corrected application for default judgment against Defendants New Direction Services Inc., Nadia Antoine, Ercell Lewis, Dan Weuderman, Wendy R. De Shong Neuhalfen, Kubec Wallace, and Josephine Chang no later than **December 2, 2019**. If Plaintiff fails to file such an application by that time, this case will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge