# DAVID H. RELKIN

THE RELKIN LAW FIRM

*David@RelkinLaw.com*

15 Stewart Place
Suite 12D
White Plains, New York 10603-3841
T: 212-244-8722

December 2, 2019

**ECF**
**LETTER MOTION**

Hon. Judge Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 3, 2019

Re: **Tropical Express v. New Directions et al.**
    **Case No. 17-CV-6050 (PGG)**

Hon. Judge Gardephe:

I am counsel for Plaintiff in this action. I was called by your clerk last week to notify me of Your Honor's order that I file a default Judgment against the Defendants in this action no later than Friday December 6, 2019, or so I recorded it. In the meantime, I received Your Honor's Order that I take this action no later than today.

I would have preferred to send you a more detailed letter concerning my reasons, for the present purposes, however, I will state that I have a health issue which I represent causes certain restrictions to my work schedule. Accordingly, I request that Your Honor grant me an extension of ten days to December 11, 2019 to file the applications. I appreciate any courtesy you can afford me under the circumstances.

Respectfully submitted,

David H. Relkin, Esq.

Digitally signed by David H. Relkin, Esq.
DN: cn=David H. Relkin, Esq., o, ou=The Relkin Law Firm, email=David@Relkinlaw.com, c=US
Date: 2019.12.02 15:08:32 -05'00'

David H. Relkin